IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-21356-ALTMAN

XYZ CORPORATION,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A,"

    Defendants.

_____/

### [PROPOSED] ORDER GRANTING MOTION FOR REMOTE APPEARANCE AT PRELIMINARY INJUNCTION HEARING

    Before the Court is Plaintiff's Motion for Remote Appearance at Preliminary Injunction Hearing (the "Motion") that requests a Court Order authorizing the remote appearance at the April 21, 2025 Preliminary Injunction Hearing.

    It is hereby **ORDERED** that Plaintiff's Motion for Remote Appearance at the Preliminary Injunction Hearing is **GRANTED.**

DATED: _____, 2025            _____
                                            HONORABLE ROY K. ALTMAN
                                            UNITED STATES DISTRICT COURT JUDGE