IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-21356-RKA

HONG KONG YU'EN E-COMMERCE CO. LIMITED,

  Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANTS NUMBER 1, 4, 6, 8, 9, 10 AND 11 WITH PREJUDICE

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hong Kong Yu'En E-Commerce Co. Limited, voluntarily dismisses *only* Defendants; number 1 CFLVAEK Seller ID 101564303, number 4 Klmhd Seller ID 101633879, number 6 PHGHQ Seller ID 101591882, number 8 Hicidod Seller ID 102494103, number 9 rtKFRfl Seller ID 102661419, number 10 Wiyuqeen Fashion Seller ID 101526150, and number 11 XEDZYT Clothing Seller ID 101365789 as listed in Schedule "A" to the Complaint with prejudice.

DATED: May 15, 2025                          Respectfully submitted,

By: */s/ William R. Brees*
William R. Brees (Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
william@bayramoglu-legal.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of May 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Florida, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and by posting the filing on a URL contained on our website http://blointernetenforcement.com, and distributed to ecommerce platform, Walmart.

By: */s/ William R. Brees*
William R. Brees (Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
william@bayramoglu-legal.com